IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SPENCER LARIMORE,<br><br>    Plaintiff<br><br>v.<br><br>LEE & LOUIE INVESTMENTS, LLC<br><br>    Defendant | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case no: 1:23-CV0073 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of civil Procedure, the plaintiff SPENCER LARIMORE and or their counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant(s) LEE & LOUIE INVESTMENTS, LLC.

November 3, 2023

_____
Greg Hotrum, esq.
Idaho State Bar ##11769
ADAIdahoAdvocate@gmail.com