IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SPENCER LARIMORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEE & LOUIE INVESTMENTS, LLC,<br><br>　　　　　Defendant. | Case No. 1:23-CV-00073-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff Spencer Larimore (Dkt. 6), IT IS HEREBY ORDERED that:

1. Larimore's Motion (Dkt. 6) is GRANTED.
2. This action, and all claims therein, are DISMISSED WITH PREJUDICE.
3. This case is CLOSED.

DATED: November 6, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1